# LaBonte Law Group, PLLC

Stevan H. LaBonte
Christine M. Staiano
Samantha M. Stanciu
Londyn K. Zografakis
Michael N. Gould
Dana LaMacchia

333 Jericho Turnpike., Suite 200
Jericho, NY 11753
T: 516-280-8580 • F: 631-794-2434
www.LaBonteLawGroup.com

*of Counsel:*
Michael R. Freeda
Giulia Palermo

May 28, 2024

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      **RE:**    **Aulicino v. B&Z Auto Enterprises LLC**
              **Index No: 1:24-cv-03483-JLR**
              **Motion to Remand**

Dear Judge Rochon:

    This office represents the Defendant, B&Z Auto Enterprises LLC. We write to inform the Court that we will not be opposing the Plaintiff's Motion to Remand and respectfully request that the Court remand the matter back to the New York State Supreme Court – County of Bronx.

    We thank the Court for your kind consideration of the foregoing.

Respectfully Submitted,

LaBonte Law Group, PLLC

By: *s/Samantha M. Stanciu*
Samantha M. Stanciu, Esq.

---

Plaintiff's motion to remand (ECF No. 6) is GRANTED. This case is hereby remanded to the Supreme Court of New York, Bronx County. The Clerk of Court is respectfully directed to terminate all pending motions and CLOSE the case.

Dated: May 29, 2024
       New York, New York

**SO ORDERED.**

_____
**JENNIFER L. ROCHON
United States District Judge**